# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>MONA GHOSH )<br>)<br>Defendant. ) | Case No. 23 CR 140<br><br>Honorable Franklin U. Valderrama |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, **MONA GHOSH** by and through her attorney Adam Sheppard, Sheppard Law Firm, P.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the conviction in this cause and sentence entered on June 9, 2025.

Respectfully submitted this 20th day of June 2025:

/s/ Adam Sheppard
An Attorney for Defendant

Adam Sheppard
Sheppard Law Firm, P.C.
180 N. LaSalle, Suite 2510
Chicago, Illinois 60601
312.443-1233
adam@sheppardlaw.com
Illinois Bar No. 6287375

**CERTIFICATE OF SERVICE**

      I, Adam Sheppard, an attorney, hereby certify that I caused a true and correct copy of the foregoing Notice of Appeal to be filed on CM/ECF for the Northern District of Illinois and thereby served on all parties on June 20, 2025.

                                                  /s/ Adam Sheppard
                                                          An Attorney for Defendant

Adam Sheppard
Sheppard Law Firm, P.C.
180 N. LaSalle, Suite 2510
Chicago, Illinois 60601
312.443-1233
adam@sheppardlaw.com Illinois Bar
No. 6287375